# Court of Appeals
# of the State of Georgia

ATLANTA,  November 28, 2023

*The Court of Appeals hereby passes the following order:*

**A24D0142. LATERRELL MARIQUE ALEXANDER v. THE STATE.**

Laterrell Alexander's application for discretionary review is hereby GRANTED. Because Alexander already has filed notices of appeal in the trial court, he need not file additional notices of appeal. The appeals in these cases — which already have been transmitted to this Court — shall proceed in Case Nos. A24A0596 and A24A0597. The clerk of the trial court is DIRECTED to supplement the records in Case Nos. A24A0596 and A24A0597 with a copy of this order.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/28/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*